DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

SAVAGE v. SAVAGE

No. 169 PC.

Case below: 15 N.C. App. 123.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


SIMMONS v. TEXTILE WORKERS UNION

No. 152 PC.

Case below: 15 N.C. App. 220.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


STATE v. ALTMAN

No. 2 PC.

Case below: 15 N.C. App. 257.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.


STATE v. BANDY

No. 36.

Case below: 15 N.C. App. 175.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 August 1972.


STATE v. BANDY

No. 177 PC.

Case below: 15 N.C. App. 188.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.